

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 1:12-CR-539 |
| ) | |
| AMMIE BROTHERS, ) | Count One: Computer Fraud |
| ) | (18 U.S.C. § 1030(a)(2)) |
| Defendant. ) | |

## INDICTMENT

December 2012 Term – At Alexandria

Count One
(Computer Fraud)

THE GRAND JURY CHARGES THAT:

From on or about January 30, 2011 through on or about May 1, 2011, within the Eastern District of Virginia and elsewhere, the defendant, AMMIE BROTHERS, did knowingly, willfully, and intentionally access computers without authorization and thereby obtain information from any department or agency of the United States.

To wit, the defendant repeatedly gained unauthorized access to the Army Knowledge Online (AKO) accounts of S.E. and W.E. and obtained personal information about the victims. AKO is run by the United States Army and the servers are located in the Eastern District of Virginia. The information obtained, which included the victims' entire personal, professional, and medical histories as well as personal-identity information, has a value in excess of $5000 and

was obtained in furtherance of violations of Virginia Code Sections 18.2-152.4 and 18.2-152.5.

(In violation of Title 18, United States Code, Section 1030(a)(2).)

NEIL H. MACBRIDE
United States Attorney

By: _____
John Eisinger
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON