JS 45 (01/2008)                                                                                                      **REDACTED**

**Criminal Case Cover Sheet**                                                          <u>U.S. District Court</u>

<u>Place of Offense:</u>          Under Seal: Yes ___ No <u>X</u>     Judge Assigned: _____
City _____ Superseding Indictment ___   Criminal Number: <u>1:12-CR-539</u>
County/Parish <u>Fairfax</u>        Same Defendant _____      New Defendant _____
                              Magistrate Judge Case Number _____ Arraignment Date: _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____
                              Related Case Name and No: _____

<u>Defendant Information:</u>
Juvenile -- Yes ___ No <u>X</u>   FBI # _____
Defendant Name: <u>Ammie Brothers</u>         Alias Name(s) _____
Address: ▮▮▮▮▮▮▮▮▮, <u>Columbus, GA 31907</u>
Employment: _____
                                          Def
Birth date ▮▮/1984 SS# ▮▮▮-▮▮-6136 Sex <u>M</u> Race _____ Nationality <u>U.S.</u>    Place of Birth <u>U.S.</u>
Height <u>5'7"</u>   Weight <u>160#</u>   Hair <u>Brown</u>    Eyes <u>Brown</u>   Scars/Tattoos _____
   Interpreter: <u>X</u> No ___ Yes  List language and/or dialect: _____ Automobile Description _____
<u>Location Status:</u>
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody      ___ On Pretrial Release      <u>X</u>   Not in Custody
<u>X</u>   Arrest Warrant Requested    ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought         ___ Bond _____
<u>Defense Counsel Information:</u>
Name: <u>Geremy Kamens</u>              ___ Court Appointed        Counsel conflicted out: _____
Address: _____               ___ Retained               _____
Telephone: <u>703-600-0800</u>          <u>X</u>   Public Defender         Federal Public Defender's Office conflicted out: ___
<u>U.S. Attorney Information:</u>
AUSA <u>John Eisinger</u>    Telephone No: <u>703-299-3700</u>       Bar # <u>65428</u>
<u>Complainant Agency, Address & Phone Number or Person & Title:</u>
Special Agent Jadi Le, Army CID
<u>U.S.C. Citations:</u>

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1030(a)(2) | Computer Fraud | 1 | Class D Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: <u>December 21, 2012</u>    Signature of AUSA: _____